AO 91 (Rev. 11/11) Criminal Complaint



4/29/2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SAUSA M. David Habich (312) 829-3095

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DEVONTAY ANDERSON

CASE NUMBER: 21-CR-275

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about April 26, 2021 to the present, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1073 | unlawful flight to avoid prosecution and custody |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

/s/ Steven Molesky (with permission SMF)
STEVEN MOLESKY
Special Agent, Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented by reliable means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Sworn to before me and signed in my presence.

Date: April 29, 2021

*Judge's signature*

City and state: Chicago, Illinois

SHEILA M. FINNEGAN, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, STEVEN MOLESKY, being duly sworn, state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since 2008. My current responsibilities include the investigation of violent crimes, including, among others, bank robbery, kidnapping, and the apprehension of violent fugitives.

2.     This affidavit is submitted in support of a criminal complaint alleging that DEVONTAY ANDERSON ("ANDERSON") has violated Title 18, United States Code, Section 1073.  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging ANDERSON with unlawful flight to avoid prosecution and custody, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.     The information in this affidavit is based upon information obtained from other law enforcement officers, including reports I have read and conversations I have had with individuals personally knowledgeable of the events and circumstances described herein.

4.     According to Chicago Police Department ("CPD") reports, on or about April 18, 2021, CPD officers were dispatched to a McDonald's restaurant, located at

3200 W. Roosevelt Road in Chicago, Illinois, in response to a call of shots fired. When officers arrived, they found a 2003 Infiniti sedan riddled with bullets in the drive-thru lane of the restaurant. Two occupants of the Infiniti, an adult male and a seven-year-old female, had been shot. The adult male suffered one gunshot wound to the back while the seven-year-old female suffered three gunshot wounds. CPD rushed the seven-year-old to the hospital, but she later died from her wounds.

5.      CPD watched surveillance video which showed the Infiniti in the McDonald's drive-thru when a 2017 Audi S8, with three occupants, pulled behind it. Two adult males then exited the Audi. One male, later identified by CPD as ANDERSON, exited the rear passenger side of the Audi brandishing a Draco AK-47 pistol. The other male exited the Audi from the front passenger seat brandishing a Glock pistol. Both men opened fire on the Infiniti, firing dozens of rounds before re-entering the Audi and leaving the scene.

6.      CPD identified the adult male victim as a known gang member and subsequently scoured social media accounts of rival gang members. CPD discovered an Instagram Live video on one of the co-offender's Instagram accounts which linked ANDERSON to the murder and shooting.

7.      CPD also searched a publicly available Facebook page attributed to ANDERSON. On that Facebook page, CPD observed photographs of ANDERSON that corroborated ANDERSON as one of the shooters involved in the incident.

8.    Based on the investigation, on or about April 26, 2021, the Circuit Court of Cook County, Illinois issued an arrest warrant for ANDERSON after charging him with First Degree Murder, an Illinois Felony.

9.    Attempts to locate ANDERSON in Illinois by CPD and the FBI have been unsuccessful. Recent checks of databases available to the FBI also failed to locate ANDERSON in the State of Illinois.

10.    After identifying ANDERSON as one of the suspects, CPD obtained a Pen Register/Trap and Trace order from the Circuit Court of Cook County, Illinois, on the aforementioned Facebook account associated with ANDERSON, username Vontayy Davis, Facebook ID 100043492100738 ("Subject Account"). On April 26, 2021, CPD began receiving GPS ping notifications from the Subject Account. Those GPS pings placed the Subject Account in Miami, Florida.

11.    On April 27, 2021, I reviewed the Subject Account, which was still active and accessible to the public. I compared photographs located on the Subject Account with ANDERSON's Illinois State Identification photograph and determined the individual associated with the Subject Account strongly resembled ANDERSON's Illinois State Identification photograph.

12.    Based upon the information contained in this affidavit, I believe DEVONTAY ANDERSON fled the State of Illinois to avoid prosecution for the Illinois felony of First Degree Murder, in violation of Title 18, United States Code, Section 1073.

3

13.    The Cook County State's Attorney's Office will extradite ANDERSON when he is apprehended.

FURTHER AFFIANT SAYETH NOT.

/s/ Steven Molesky (with permission SMF)
STEVEN MOLESKY
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on April 29, 2021.

SHEILA M. FINNEGAN
United States Magistrate Judge

4

(Rev. 12/19/00) CCCR 0656

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

v.

Case No. 21-1-1042170l

☐ Violation of:
Probation
Supervision
Conditional Discharge

☐ AMF
☐ Arrest
☐ BFW

Devontay _____ Anderson
(First) (M.I.) (Last)

## ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest Defendant ___ Devontay ___ Anderson
(First) (M.I.) (Last)

for the offense(s) of ___ Murder First Degree
(Description)

720 ___ ILCS ___ 5.0 / 9-1-A-1
(Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at

2650 S California Chicago IL.
(Location) (Room) (Call or Time)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

GEOGRAPHIC LIMITATIONS
Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

Nation wide
(Geographic Limitation)

ENTERED
APR 26 2021
IRIS Y. MARTINEZ

Issued In Cook County April 26, 2021,

Bail Fixed at $ No Bail

_____ Judge _____ No. co45

Prosecutor

Judge _____ No. 2848

WITNESS: DOROTHY BROWN, CLERK OF THE COURT and the Seal thereof

Iris Martinez.
Clerk of The Circuit Court

By _____ Deputy Clerk

4.26- 21

Name ___ Devontay ___ Anderson ___ Alias _____
(First) (M.I.) (Last)

Residence ___ 110 N Parkside ___ Chicago ___ IL ___ 60644
Street ___ City or Town ___ State ___ Zip

| Sex | Race | Height | Weight | D.O.B. | Age | Complexion | Build | Driver's License No. |
|-----|------|--------|--------|--------|-----|------------|-------|---------------------|
| M | 1 | 5'05 | 160 Lbs. | 5/24/99 | 21 | MBR | Med | A53616499148 |
| IR | | CB/DCN | | FBI | | SID | Social Security | Forfeited Bond No. |
| 2112453 | | | | 9EXWNPPAX | | 18855841 | | |

Complainant's Name ___ Detective Espinoza #21106 ___ Address ___ 3151 W Harrison St

Arresting Officer _____ Star No. _____ Agency/Unit _____ Officer's Key _____

Reviewed By ASA _____ Audited By _____
Prosecutor ___ Clerk

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

5