

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 21 CR 275 |
| v. | ) |
| | ) |
| SUPPRESSED | ) |

## MOTION TO UNSEAL ARREST WARRANT, CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT, AND CASE

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Unseal the Arrest Warrant, Criminal Complaint, Supporting Affidavit, and Case in the instant matter:

On April 29, 2021, United States Magistrate Judge Finnegan issued an Order sealing the arrest warrant, complaint, and supporting affidavit in the instant matter. The Federal Bureau of Investigation is seeking the public's assistance in locating the Defendant. As knowledge of the facts in the affidavit supporting the complaint will no longer jeopardize the integrity of the ongoing federal fugitive investigation, the Government respectfully requests that the arrest

warrant, criminal complaint, supporting affidavit, and case be unsealed.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney


        By: /s/ *M. David Habich*

        _____
        M. DAVID HABICH
        Special Assistant United States Attorney
        312-829-3095

Date:   May 12, 2021