UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 21 CR 275 |
| v. | ) | |
| | ) | Magistrate Judge Finnegan |
| DEVONTAY ANDERSON | ) | |

## MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Criminal Procedure 48(a), moves this Court to dismiss the complaint in the captioned case without prejudice.

On April 29, 2021, the Defendant was charged in a criminal complaint with Unlawful Flight to Avoid Prosecution in violation of Title 18, United States Code, Section 1073. On July 19, 2021, the Federal Bureau of Investigation located and arrested the Defendant in Chicago, Illinois. Since the Defendant is in custody, the United States moves this honorable Court to dismiss the complaint without prejudice.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ M. David Habich

Date: July 20, 2021        M. DAVID HABICH
Special Assistant United States Attorney
312-829-3095

1

CERTIFICATE OF SERVICE

The undersigned Special Assistant United States Attorney hereby certifies that the following document:

MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

was served on July 20, 2021, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as to ECF filers.

By:     /s/ M. David Habich
        M. DAVID HABICH
        Special Assistant United States Attorney
        2111 West Roosevelt Road
        Chicago, Illinois 60608
        312-829-3095